McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**SACRAMENTO DIVISION**

| | |
|---|---|
| JOHN PALMER, ) | CIVIL NO. 2:08-CV-00766-CMK |
|     Plaintiff, ) | |
|         v. ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
|     Defendant. ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of 30-days to respond to Plaintiff's motion for summary judgment. The current due date is October 6, 2008, the new due date will be November 5, 2008.

    The extension is necessary because the Special Assistant United States Attorney for the Commissioner has experience an unusually heavy work load for the month of September and into the second week of October. From October 6-10, 2008, she had seven district court briefs due. Due to this schedule, counsel needs additional time to complete the Commissioner's response to Plaintiff's Motion for Summary Judgment. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

                                                Respectfully submitted,

Dated: October 3, 2008        /s/ *Henry Reynolds*
                                       (As authorized via email on October 2, 2008)
                                       HENRY REYNOLDS
                                       Attorney for Plaintiff

Dated: October 3, 2008        McGREGOR W. SCOTT
                                       United States Attorney
                                       LUCILLE GONZALES MEIS
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration

                                       /s/ *Elizabeth Firer*
                                       ELIZABETH FIRER
                                       Special Assistant U.S. Attorney

                                       Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: October 8, 2008

                                       _____
                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE